IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY L. SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07CV470-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Pending before the Court is Plaintiff's Motion for Extension of Time for Attorney's Fees (Doc. #20). Specifically, Plaintiff seeks a thirty day extension of time, from December 28, 2007, in which to prepare her EAJA brief. The Commissioner has no objection to the motion. Upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #20) is GRANTED. Plaintiff has until **on or before January 27, 2008** in which to file her brief for attorney's fees.

Done this 7th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE