IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY L. SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07CV470-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On January 16, 2008, Plaintiff, Mary L. Sellers filed a motion (Doc. #22) for an award of attorney fees in the amount of $3,891.59 pursuant to the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412 (2000). As the Commissioner does not oppose the computation or amount of fees charged pursuant to the EAJA, (Doc. #22), it is

ORDERED that Sellers' motion (Doc. #22) is GRANTED  The Court awards Sellers $3,891.59 in attorney's fees.

Done this 25th day of January, 2008.

/s/ Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE